# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○△
Seth J. MacArthur, Esq.○
Michael C. O'Malley, Esq. ○△^
Darren T. Moore, Esq. ○△
Joshua Versoza, Esq.
Stacey Haskel, Esq.*

_____
Also Admitted in
○E.D.N.Y.
△S.D.N.Y
◊ NJ Federal Court
*Also admitted in New Jersey
^Also admitted in Massachusetts



Jonathan Wachlarz, Esq. ○△
Jeffrey Bloomfield, Esq. ○△
Crystal Abreu, Esq.
Anthony C. Sears, Esq.*
Maya Kogan, Esq. *◊
Robert E. Borrero, Esq. △

_____
ALL CORRESPONDENCE TO
NEW YORK OFFICE

www.msllegal.com

July 31, 2018

Hon. Judge Nina Gershon
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re: Matzkow v. United New York Sandy Hook Pilots Association
                Docket 18-CV-2200

Dear Hon. Judge Gershon

    Please be advised that this office represents the Plaintiff, Brian Matzkow, in the above matter.  The Proposed Summons and Complaint were filed on April 13, 2018, and entered on ECF on April 16, 2018, at which time a Summons was issued.

    Due to an unfortunate oversight on the part of our office, the Summons and Complaint were not served, nor was a letter requesting a waiver of service sent to the Defendant.  As a result, the Summons and Complaint were not filed within the time for doing so pursuant to Federal Rule of Civil Procedure.

    Please allow this correspondence to first relay our apologies for the oversight, and second to serve as a request for an extension of time to serve the Summons and Complaint.  That service was to be effectuated by July 16, 2018, and it is respectfully requested the time be extended to August 16, 2018.

    The Court's time and consideration in this matter are appreciated.

                                                    Sincerely,

                                                    /s/

                                                    Michael C. O'Malley, Esq. (MO-0317)



**LAW OFFICE OF MICHAEL S. LAMONSOFF, PLLC**
Financial Square at 32 Old Slip, New York, NY 10005
msllegal.com