UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X

BRIAN MATZKOW,                          :

                Plaintiff,          :

    -Against-                          :

UNITED NEW YORK SANDY HOOK      :
    PILOTS' ASSOCIATION,

               Defendant.           :

------------------------------------------------X

Civil Action No.: **18-cv-2200 (RER)**

**STIPULATION OF DISMISSAL**
**PURSUANT TO FRCP 41(A) 1**
**WITH PREJUDICE AND**
**WITHOUT COSTS**                 :

**PLEASE TAKE NOTICE**, that pursuant to FRCP Rule 41(A) (1) the undersigned parties

of record stipulate to the dismissal of the captioned action with prejudice and without costs.

Dated: January 19, 2023
      New York, New York

Offices of **Michael S. Lamonsoff, PLLC**
Attorneys for the Plaintiff, Brian Matzkow

By: *Chad B. Russell*
    Chad Russell, Esq.
Financial Square at 32 Old Slip, 8th Floor
New York, NY 10005
(212) 962-1020

**HILL RIVKINS LLP**
Attorneys for Defendant, United New York
    Sandy Hook Pilots' Association

By: Gerard W. White, Esq.
45 Broadway, Suite 2110
New York, New York 10006
(212) 669-0600

**So Ordered:**

_____
**The Honorable Ramon E. Reyes, Jr.**
**United States Magistrate Judge**